■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHATIKA M. BURKS, Appellant. [39 NYS3d 835]—Appeal by the defendant from a judgment of the County Court, Dutchess County (Greller, J.), rendered July 14, 2015, convicting her of assault in the second degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the record reveals that she was not adjudicated a second felony offender (*see* Penal Law § 70.06 [1]). Furthermore, there is no indication in the record that the sentence actually imposed, which was the sentence negotiated in the plea agreement, was based on any belief that the defendant was a second felony offender. Balkin, J.P., Chambers, Roman, Duffy and Barros, JJ., concur.